Edward D. Johnson (SBN 189475)
 wjohnson@mayerbrown.com
Rena Chng (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060

Kathleen Balderrama (SBN 222022)
 kbalderrama@mayerbrown.com
Kristen Rowse (SBN 235294)
 krowse@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:   (213) 229-9525
Facsimile:    (213) 576-8106

Attorneys for Plaintiffs
KONINKLIJKE PHILIPS ELECTRONICS N.V.
and U.S. PHILIPS CORP.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL DISC MANUFACTURER, THOAI IU TANG (D.B.A. "MORAN STREET PARTNERS"), NATALIE DANG, TRI MINH TANG, BOBBIE IM, and CHARLOTTE TANG,<br><br>Defendants. | Case No. CV06-2468 ODW (SSx)<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL AND DISBURSEMENT OF FUNDS HELD PURSUANT TO WRIT OF ATTACHMENT** |

Having considered the Stipulation for Dismissal and Disbursement of Funds Held Pursuant to Writ of Attachment filed by plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (collectively, "Philips") and defendants International Disc Manufacturer, Inc. ("IDM"), Thoai Iu Tang ("Thoai Tang"), Tri Minh Tang ("Tri Tang"), Natalie Dang, Charlotte Tang and Bobbie Im (collectively, "Defendants"), and for good cause appearing, IT IS HEREBY ORDERED that:

(1) Philips hereby dismisses its claims against Natalie Dang, Charlotte Tang and Bobbie Im pursuant to Federal Rule of Civil Procedure 41(a) with prejudice.

(2) Philips hereby dismisses its claims against IDM, Thoai Tang, and Tri Tang pursuant to Federal Rule of Civil Procedure 41(a) without prejudice.

(3) Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

(4) Defendants hereby admit that, unless they obtain an express license from Philips, they and their employees, agents, servants, and any persons or entities in active concert or participation with them or each of them are permanently enjoined from:

    (a) making, replicating, selling, offering for sale, importing, advertising, promoting, marketing, or otherwise disposing of Optical Discs, including but not limited to CD Discs or DVD Discs ("Optical Discs"), or discs no more than colorably different therefrom, during the respective terms of any of the relevant patents associated with the Disc License Programs that are essential to the manufacture and sale of Optical Discs as now or hereafter identified on the Philips website at www.ip.philips.com (the "Essential Patents");

    (b) inducing or contributing to another's making, replicating, selling, offering for sale, importing, advertising, promoting, marketing, or

1  otherwise disposing of Optical Discs, including but not limited to CD Discs
2  or DVD Discs, or discs no more than colorably different therefrom, during
3  the respective terms of any of the Essential Patents; and

4      (c)    effecting assignments or transfers, forming new entities or
5  associations, or utilizing any other device for the purpose of circumventing
6  or otherwise avoiding the prohibitions set forth in subparagraphs (a)-(b),
7  above.

8      (5)    Defendants hereby agree that any violation of this injunction shall be
9  civil contempt, and that in any contempt order to enforce this injunction, the Court
10 may impose compensatory damages that fully compensate Philips for Defendants'
11 contempt of this injunction, including:

12     (i)    damages for patent infringement, trebled for willfulness;
13     (ii)    all costs; and
14     (iii)    all attorneys' fees.

15     (6)    Defendants hereby agree that any funds held pursuant to Philips' Writ
16 of Attachment shall be paid directly to Philips to be distributed in accordance with
17 the provisions of the Master Settlement Agreement dated October 15, 2007, and
18 this order shall authorize the holder of the funds to distribute the same.

20 IT IS SO ORDERED.

23 Dated:  February 14, 2008

    The Honorable Otis D. Wright II
    United States District Judge